IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR95 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO JIMENEZ-ORTEGA, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture (Fling No. 21).  The Court has reviewed the record in this case and finds as follows:

1.  Defendant has plead guilty to Counts I and II of said Indictment.  Count I of said Indictment charges the defendant with being an illegal alien in possession of firearms, a violation of 18 U.S.C. § 922(g)(5).  Count II of said Indictment charges the defendant with using a model 63 Winchester  .22 caliber rifle, serial number B2048361, a model 60 Marlin .22 caliber rifle, serial number 05314196, a model L300 Lorcin .380 caliber pistol, serial number 430514, a model 9 Luger 9mm caliber pistol, serial number P120896, a model 63 Liberty Bronco .38 caliber pistol, serial number HB118782, on the basis they were firearms involved or used in the knowing commission of the offense charged in Count I.

2.  By virtue of said plea of guilty, the defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3.  The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.  Accordingly,

IT IS ORDERED:

A.  The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B.  Based upon Count II of the Indictment and the defendant's plea of guilty, the United States is hereby authorized to seize the model 63 Winchester .22 caliber rifle, serial number B2048361, a model 60 Marlin .22 caliber rifle, serial number 05314196, a model L300 Lorcin .380 caliber pistol, serial number 430514, a model 9 Luger 9mm caliber pistol, serial number P120896, a model 63 Liberty Bronco .38 caliber pistol, serial number HB118782.

C.  Defendant's interest in said properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D. The aforementioned forfeited properties are to be held by the United States in its secure custody and control.

E.  Pursuant to 21 U.S.C., § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official Government internet site (www.forfeiture.gov) notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 6th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

-3-