UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR95 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO JIMENEZ-ORTEGA, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 27). The Court has reviewed the record in this case and finds as follows:

1. On May 6, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(5), 924(d) and Title 28, United States Code, Sections 2461(c), 5872, based upon the defendant's plea of guilty to Counts I and II of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the defendant's interest a model 63 Winchester .22 caliber rifle, serial number B2048361, a model 60 Marlin .22 caliber rifle, serial number 05314196, a model L300 Lorcin .380 caliber pistol, serial number 430514, a model 9 Luger 9mm caliber pistol, serial number P120896, a model 63 Liberty Bronco .38 caliber pistol, serial number HB118782, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on May 18, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on July 17, 2009 (Filing No. 26).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the a model 63 Winchester .22 caliber rifle, serial number B2048361, a model 60 Marlin .22 caliber rifle, serial number 05314196, a model L300 Lorcin .380 caliber pistol, serial number 430514, a model 9 Luger 9mm caliber pistol, serial number P120896, a model 63 Liberty Bronco .38 caliber pistol, serial number HB118782, held by any person or entity, is hereby forever barred and foreclosed.

C. The a model 63 Winchester .22 caliber rifle, serial number B2048361, a model 60 Marlin .22 caliber rifle, serial number 05314196, a model L300 Lorcin .380 caliber pistol, serial number 430514, a model 9 Luger 9mm caliber pistol, serial number P120896, a model 63 Liberty Bronco .38 caliber pistol, serial number HB118782, be, and the same hereby are, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 20th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court